UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>ANDREW WARNER<br>　　　　　　　　　Defendant. | Case No. 5:26-MJ-70136-MAG<br><br>**[~~PROPOSED~~] ORDER AUTHORIZING RECONVEYANCE OF REAL PROPERTY**<br><br>Hon. Susan van Keulen |

16307769v.2

Before the Court is Defendant Andrew Warner's request that the Court authorize the Reconveyance of Real Property. The request is unopposed by the United States' Attorney's Offices for the Northern District of California and for the Southern District of New York.

The property at issue is located at 15575 Uvas Road, Morgan Hill, CA 95037 (the "Property"), and was encumbered by a lien in trust to Mark B. Busby, Clerk of the Court, United States District Court for the Northern District of California, on March 2, 2026. Since then, Mr. Warner's case has been transferred to the United States District Court for the Southern District of New York, where Mr. Warner was ordered to satisfy new bond conditions in that District, including executing a new lien on the Property in trust to the United States of America. *See* Dkt. No. 7, and *U.S.A. v. Warner* 1:26-CR-55 (S.D.N.Y) Dkt. No. 10. Mr. Warner executed this new lien as directed, and this lien in trust to the United States of America has been recorded. For this reason, it is hereby ordered that Mark B. Busby is to release the lien in trust to Mark B. Busby, Clerk of the Court, United States District Court for the Northern District of California, and fully reconvey the Property to the property owners and transmit quit claim deeds to the appropriate County Clerks.

**IT IS SO ORDERED.**

Dated: __May 1, 2026__

_____
HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER AUTHORIZING RECONVEYANCE OF REAL PROPERTY
CASE NO. 5:26-MJ-70136-MAG

16307769v.2